UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE, | No. 2:21-cv-2346-KJM-EFB P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

    Petitioner, a county jail inmate proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 10, 2022, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has not filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 10, 2022, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied without prejudice to filing his claims in a new action under 42 U.S.C. § 1983;

3. The clerk of court is directed to close this case; and

4. The court declines to issue a certificate of appealability.

DATED: May 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE